FILED
DEC 01 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNCIL FOR ENDANGERED SPECIES ACT RELIABILITY,<br><br>Plaintiff,<br><br>v.<br><br>KEN SALAZAR, as Secretary of the United States Department of the Interior, et al.,<br><br>Defendants. | 2:09-CV-02875 JAM GGH<br>2:09-CV-03154 JAM GGH<br><br><br>ORDER REASSIGNING RELATED CASES |
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>KEN SALAZAR, as Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | |

These related cases, *Council for Endangered Species Act Reliability v. Salazar*, 2:09-CV-02875 JAM GGH ("CESAR") and *Center for Biological Diversity v. Salazar*, 2:09-cv-3154 JAM GGH ("CBD"), both concern the United States' Fish and Wildlife Service's ("FWS") failure to issue a 12-month finding in response to a petition seeking to reclassify the delta smelt (*hypomesus transpacificus*) from "threatened" to "endangered" under the Endangered Species Act

1

("ESA"). Although the *CESAR* and *CBD* complaints narrowly challenge Federal Defendants' failure to abide by certain statutory deadlines, both the *CESAR* and *CBD* complaints seek injunctive relief. Among other things, the *CESAR* complaint alleges that "[w]ithout the additional protections made available by listing the delta smelt as 'endangered,' the species is more likely to continue its decline since the current evaluations being performed by the FWS are inadequate to ensure its survival." *CESAR*, Doc. 1 at ¶11.

Issues related to protection of the delta smelt and effects of the protective measures imposed by FWS's 2008 Biological Opinion on Proposed Coordinated Operations of the Central Valley Project ("CVP") and State Water Project ("SWP") are before the court in the *Delta Smelt Consolidated Cases*, 1:09-CV-00407 OWW DLB, and have been actively litigated for more than two years. All aspects of the biology, ESA liability, and past and present status of the species have been and are being litigated. The requests for injunctive relief in *CERES* and *CBD* implicate many of the same factual issue.

To avoid inconsistent judgments and advance the interests of judicial efficiency and economy, the *CESAR* and *CBD* cases are reassigned from the docket of United States District Judge John A. Mendez, to the docket of United States District Judge Oliver W. Wanger pursuant to Local Rule 83 123(c)("If the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect

2

a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.").

The Court hereby REASSIGNS these actions from District Judge John A. Mendez to District Judge Oliver W. Wanger and REASSIGNS these actions from Magistrate Judge Gregory G. Hollows to Magistrate Judge Dennis L. Beck.

The parties will be notified of the new case numbers upon completion of the transfer process.

SO ORDERED

Dated: November 23, 2009      /s/ Oliver W. Wanger
                              Oliver W. Wanger
                              United States District Judge


Dated: December 1, 2009       /s/ John A. Mendez
                              John A. Mendez
                              United States District Judge, Concurring


Dated: December 1, 2009       Anthony W. Ishii
                              Chief Judge, Concurring