UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNCIL FOR ENDANGERED SPECIES ACT RELIABILITY,<br><br>          Plaintiff,<br><br>     v.<br><br>KEN SALAZAR, et al.,<br><br>          Defendants. | 1:09-CV-2091 OWW DLB<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>          Plaintiff,<br><br>     v.<br><br>KEN SALAZAR, et al.,<br><br>          Defendants. | 1:09-CV-2092 OWW DLB<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

   Both of the above-captioned cases concern the United States' Fish and Wildlife Service's ("FWS") failure to issue a 12-month finding in response to a petition seeking to reclassify the delta smelt (*hypomesus transpacificus*) from "threatened" to "endangered" under the Endangered Species Act ("ESA").  The complaints in both cases seek issuance of the required 12-month finding by a date certain.  *See* 1:09-cv-2091, Doc. 13 at ¶7; 1:09-cv-2092, Doc. 1 at ¶6.

1

On April 7, 2010, in a "Notice of 12-month Petition Finding," FWS concluded: "reclassifying the delta smelt from a threatened to an endangered species is warranted but precluded by other higher priority listing actions." 75 Fed. Reg. 17,667. In light of this Notice, the parties in the above-captioned cases are ORDERED TO SHOW CAUSE IN WRITING ON OR BEFORE WEDNESDAY, APRIL 21, 2010, WHY BOTH CASES SHOULD NOT BE DISMISSED AS MOOT. If there is any substantial dispute, the Court will set a consolidated hearing on these matters.

The hearing on the pending motion to dismiss in *Council for Endangered Species Act Reliability v. Salazar*, 1:09-cv-2091, currently set for April 26, 2010, is ORDERED OFF CALENDAR. It will be re-set if appropriate upon resolution of the order to show cause.

SO ORDERED
Dated:  April 12, 2010

                              /s/ Oliver W. Wanger
                                Oliver W. Wanger
                           United States District Judge