ALAN N. BICK, SBN 151452, ABick@gibsondunn.com
THOMAS A. MANAKIDES, SBN 229119, TManakides@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Tel: (949) 451-3800
Fax: (949) 451-4220

Attorneys for Plaintiff COUNCIL FOR ENDANGERED SPECIES ACT RELIABILITY

LAWRENCE G. BROWN, United States Attorney
SYLVIA QUAST, Assistant U.S. Attorney
United States Attorney, Eastern District of California
U.S. Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Tel: (916) 554-2700
Fax: (916) 554-2900

IGNACIA S. MORENO, Assistant Attorney General
DANIEL J. POLLAK, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0201
Fax: (202) 305-0275

Attorneys for FEDERAL DEFENDANTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNCIL FOR ENDANGERED SPECIES ACT RELIABILITY, a nonprofit organization,<br><br>Plaintiff,<br><br>v.<br><br>KEN SALAZAR, as Secretary of the United States Department of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; SAM HAMILTON, as Director of the United States Fish and Wildlife Service, United States Department of the | CASE NO. 1:09-CV-02091-OWW-DLB<br><br>[Assigned to Hon. Oliver W. Wanger – Dept. 3]<br><br>**STIPULATION AND ORDER REGARDING NOTIFYING THE COURT OF FINAL SETTLEMENT**<br><br>[August 3, 2010 Joint Report Re Settlement of Attorney's Fees and Costs filed concurrently herewith] |

1

Interior; REN LOHOEFENER, as Regional Director of the United States Fish and Wildlife Service, Pacific Southwest Region, United States Department of the Interior,

Defendants.

WHEREAS, on April 21, 2010, this Court issued an order requiring that the parties notify the Court of whether they have reached a settlement as to the payment of CESAR's attorney's fees and costs within 60 days of Defendants receiving CESAR's itemization of them;

WHEREAS, Defendants received CESAR's itemization of proposed fees and costs on May 21, 2010, requiring the parties to notify the Court no later than July 20, 2010;

WHEREAS, on July 21, 2010, this Court extended the time to August 3, 2010, to notify the Court of whether the parties reached a settlement as to the payment of CESAR's attorney's fees and costs;

WHEREAS, the parties reached an agreement in principal to settle CESAR's attorney's fees and costs, but require a further extension of time because before a settlement agreement may be finalized, Defendants must receive final agency approval of the settlement amount recommended by counsel for Defendants, which could take several weeks based on the multiple agency reviews involved; and

NOW THEREFORE, IT IS HEREBY STIPULATED, and agreed to by and between CESAR and Ken Salazar, the U.S. Department of the Interior, the Service, Sam Hamilton, and Ren Lohoefener ("Defendants") that the time to notify the Court of whether the parties have reached a final settlement is extended to September 9, 2010.  If a settlement agreement cannot be finalized, pursuant to the April 21 order, CESAR's fee motion would be due within 30 days, October 11, 2010.

/ / /

/ / /

/ / /

/ / /

Dated: August 3, 2010

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment & Natural Resources Division

        */s/ Daniel J. Pollak*
        DANIEL J. POLLAK, Trial Attorney
        U.S. Department of Justice
        Wildlife & Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369
        Telephone: (202) 305-0201
        Fax: (202) 305-0275
        Attorneys For Defendants

        ALAN N. BICK
        THOMAS A. MANAKIDES

        */s/ Alan N. Bick*
        Alan N. Bick

        Gibson, Dunn & Crutcher LLP
        3161 Michelson Drive
        Irvine, California 92612-4412
        Telephone: (949) 451-3800
        Facsimile: (949) 451-4220
        Attorneys for Plaintiff

IT IS SO ORDERED.

    Dated:   **August 3, 2010**          **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE