LAWRENCE G. BROWN, United States Attorney
SYLVIA QUAST, Assistant U.S. Attorney
United States Attorney, Eastern District of California
U.S. Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Tel:  (916) 554-2700
Fax: (916) 554-2900

IGNACIA S. MORENO, Assistant Attorney General
DANIEL J. POLLAK, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
Tel: (202) 305-0201
Fax: (202) 305-0275

Attorneys for Federal Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNCIL FOR ENDANGERED SPECIES ACT RELIABILITY, <br><br>        Plaintiff, <br><br> KEN SALAZAR, as Secretary of the United States Department of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; ROWAN GOULD, as Acting Director of the United States Fish and Wildlife Service, United States Department of the Interior;[1/] REN LOHOEFENER, as Regional Director of the United States Fish and Wildlife Service, Pacific Southwest Region, United States Department of the the Interior, <br><br>        Defendants. | Case No. 1:09-CV-02091-OWW-DLB <br><br> **STIPULATED ORDER ON ATTORNEY'S FEES** |

---

[1/]     Upon the death of Director Sam Hamilton in February 2010, Rowan Gould was automatically substituted as Defendant pursuant to Fed. R. Civ. P. 26(d).

1

2                           **STIPULATED ORDER ON ATTORNEY'S FEES**

3          This Stipulation is entered into by and between Plaintiff Council for Endangered Species

4   Act Reliability ("CESAR") and Defendants Ken Salazar, in his official capacity as Secretary of the

5   United States Department of the Interior; the United States Fish and Wildlife Service ("Service");

6   Rowan Gould, in his official capacity as Acting Director of the United States Fish and Wildlife

7   Service; and Ren Lohoefener, in his official capacity as Regional Director of the United States Fish

8   and Wildlife Service, Pacific Southwest Region ("Federal Defendants").

9          WHEREAS, the Service listed the delta smelt (*Hypomesus transpacificus*) as a threatened

10  species under the Endangered Species Act ("ESA") on March 5, 1993.  See 58 Fed. Reg. 12854;

11         WHEREAS, on March 9, 2006, the Service received a petition from the Center for

12  Biological Diversity and other organizations ("the petition") to reclassify the status of the delta

13  smelt from threatened to endangered pursuant to Section 4 of the Endangered Species Act, 16

14  U.S.C. § 1533.

15         WHEREAS, on July 10, 2008, the Service published in the Federal Register a 90-day

16  finding in response to the petition, pursuant to 16 U.S.C. § 1533(b)(3)(A), which concluded that

17  the petition presented "substantial information to indicate . . . that reclassification of delta smelt

18  from threatened to endangered may be warranted" and initiated a status review of the species.  See

19  73 Fed. Reg. 39,639, 39,642.

20         WHEREAS, on April 30, 2009, CESAR sent the Service a 60 Day Notice of Intent to Sue

21  pursuant to the ESA's citizen suit provision, 16 U.S.C. § 1540(g), alleging that the Service had not

22  made a 12-month finding on the petition as required by 16 U.S.C. § 1533(b)(3)(B);

23         WHEREAS, on October 15, 2009, CESAR filed its Complaint in the above-captioned case

24  alleging that the Service had missed a mandatory deadline to issue a finding ("12-month finding")

25  as to whether the petitioned-for reclassification of the delta smelt was warranted, not warranted, or

26  warranted but precluded by other listing priorities, pursuant to 16 U.S.C. § 1533(b)(3)(B);

27         WHEREAS, CESAR's lawsuit sought declaratory relief and an injunction compelling

28

1

2  issuance of the 12-month finding, as well as reasonable costs of litigation including attorney's fees;

3      WHEREAS, on April 7, 2010, the Service issued a 12-month finding regarding the petition

4  to reclassify the delta smelt at 75 Fed. Reg. 17,667;

5      WHEREAS, on April 21, 2010, the parties stipulated to dismiss CESAR's claims due to

6  mootness, without prejudice as to CESAR's seeking attorney's fees and costs incurred in this

7  action, and the Court entered this stipulation as an order on April 23, 2010;

8  NOW, THEREFORE, the parties hereby stipulate and agree as follows:

9  1.      Federal Defendants agrees to pay Plaintiff's reasonable attorneys' fees and costs pursuant to

10 section 11(g) of the ESA, 16 U.S.C. § 1540 (g).  Federal Defendants therefore agree to settle all of

11 Plaintiff's claims for costs and attorneys' fees in this matter for a total of $35,000.  A check will be

12 made payable in that amount to Gibson, Dunn & Crutcher LLP, 3161 Michelson Drive, Suite 12,

13 Irvine, CA 92612.  Federal Defendants agree to submit all necessary paperwork for the processing

14 of the attorneys' fee award to the Department of the Treasury's Judgment Fund Office, pursuant to

15 16 U.S.C. § 1540(g)(4), within ten (10) business days of receipt of the order approving this

16 agreement.

17 2.      Plaintiff agrees to accept payment of $35,000 in full satisfaction of any and all claims for

18 attorney's fees and costs of litigation to which Plaintiff is entitled in this matter through and

19 including the date of this Agreement.

20 3.      Plaintiff agrees that receipt of this payment from Federal Defendants shall operate as a

21 release of Plaintiff's claims for attorney's fees and costs in this matter, through and including the

22 date of this Agreement.

23 4.      By this agreement, Defendants do not waive any right to contest fees claimed by Plaintiffs

24 or Plaintiffs' counsel, including the hourly rate, in any future litigation.

25

26 Dated: September 8, 2010

27

28

1

2    Respectfully submitted,

3

4    /s/ *Alan Bick*
     ALAN N. BICK
5    Gibson, Dunn & Crutcher LLP
     3161 Michelson Drive
6    Irvine, CA 92612
     Tel: 949-451-4211
7    Fax: 949-475-4620

8    Attorney for Plaintiff

9

10   LAWRENCE G. BROWN, United States Attorney
     SYLVIA QUAST, Assistant U.S. Attorney
11   United States Attorney, Eastern District of California
     U.S. Courthouse
12   501 I Street, Suite 10-100
     Sacramento, CA 95814-2322
13   Tel:  (916) 554-2700
     Fax: (916) 554-2900
14
     IGNACIA S. MORENO
15   Assistant Attorney General

16
     /s/ *Daniel Pollak*
17   DANIEL J. POLLAK
     Trial Attorney
18   United States Department of Justice
     Environment & Natural Resources Division
19   Wildlife & Marine Resources Section
     P.O. Box 7369, Ben Franklin Station
20   Washington, D.C. 20044-7369
     Tel: (202) 305-0201
21   Fax: (202) 305-0275

22   Of Counsel:

23   JAMES MONROE
     United States Department of the Interior
24   Office of the Solicitor
     Sacramento, CA
25
     Attorneys for Defendant
26

27

28

*CESAR et al. v. Salazar, et al.,* Civ. No. 1:09–CV-02091-OWW-DLB
Stipulated Order on Attorney's Fees                                    Page 4

1

2

3

IT IS SO ORDERED.

4

**Dated:    September 8, 2010**              **/s/ Oliver W. Wanger**
5                                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28